# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

DORIS THOMAS                                                                                    PLAINTIFF


v.                                      NO. 3:15-cv-00403 PSH


CARLOLYN W. COLVIN, Acting Commissioner                                    DEFENDANT
of the Social Security Administration

## ORDER

Plaintiff Doris Thomas ("Thomas") has filed the pending motion to substitute counsel of record. See Document 14. For good cause shown, the motion is granted. The Clerk of the Court is ordered to strike the name of Anthony W. Bartels as the attorney of record for Thomas. The Clerk of the Court shall enter the name of Stephanie Bartels Wallace as the new attorney of record for Thomas.

IT IS SO ORDERED this 15th day of June, 2016.


_____
UNITED STATES MAGISTRATE JUDGE