IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**DORIS THOMAS**                                                                                             **PLAINTIFF**

VS.                                          **CASE NO. 3:15CV00403 PSH**

**CAROLYN W. COLVIN, Acting Commissioner,**
   **Social Security Administration**                                              **DEFENDANT**

## JUDGMENT

It is CONSIDERED, ORDERED, and ADJUDGED that this case be and it hereby is dismissed with prejudice. The relief sought is denied.

DATED this 31st day of August, 2016.

_____
UNITED STATES MAGISTRATE JUDGE